**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Mauricio Lino REYES, also known as Mauricio Reyes, also known as Mauricio Bonilla Reyes, also known as Antonio Bonilla-Reyes, also known as Victor Escalante-Ramirez, also known as Mauricio L. Reyes, also known as Cristobal Mendez-Bonilla, also known as Cristobal Mendez Bonilla, also known as Antonio Bonilla, Defendant-Appellant**

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20051
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Mauricio Lino Reyes, Pro Se

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mauricio Lino Reyes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reyes has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.